IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the January 21, 2006 Morales/Pacquiao Event,<br><br>Plaintiff,<br><br>VS.<br><br><br>MARIA GUADALUPE VILLA, Individually and d/b/a EL TIBURON NIGHT CLUB<br><br>Defendant. | §§§§§§§§§§§§§§§§§§§§§§§§§ Civil Action No. H-08-0219 |

### SUGGESTION OF BANKRUPTCY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant, MARIA GUADALUPE VILLA, Individually and d/b/a EL TIBURON NIGHT CLUB, and hereby gives Notice that Defendant has filed a petition for relief in the United States Bankruptcy Court for the Southern District of Texas, that has been assigned case number 08-36795-H1 7. Defendant suggests that this filing constitutes a stay of this Civil Action under the provisions of Section 362 of the Bankruptcy Reform Act of 1978.

Respectfully submitted,

By: _____
NOEL O. BAILEY
Attorney-in-Charge
Southern District Bar NO. 7646
Texas Bar No. 01533350

**NOEL O. BAILEY, P.C.**
14347 Torrey Chase Blvd.
Suite F
Houston, Texas 77014
Ph. (281) 866-8066
Fax (281) 866-8033
nobailey@nobaileypc.com

**COUNSEL FOR DEFENDANT,
MARIA GUADALUPE VILLA,
Individually and d/b/a
EL TIBURON NIGHT CLUB**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing, **Suggestion of Bankruptcy**, was served upon the following Attorney-In-Charge for Plaintiff, by telecopier, on October 29, 2008:

Andrew R. Korn
Korn, Bowdich, & Diaz, LLP
4221 Avondale Avenue
Dallas, Texas 75219

*/s/ Noel Bailey*
NOEL O. BAILEY